UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1829

**Motion for:** relief of counsel

**Caption [use short title]**

United States

v.

Joshua Stanley

Set forth below precise, complete statement of relief sought:

CJA counsel for appellant Joshua Stanley seeks to be relieved, pursuant to Anders v. California, 386 U.S. 738 (1967). (Supporting brief to be filed 1/18/23)

**MOVING PARTY:** Joshua Stanley
**OPPOSING PARTY:** United States

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Lucas Anderson
**OPPOSING ATTORNEY:** AUSA Rajit Dosanjh

[name of attorney, with firm, address, phone number and e-mail]

Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Ste. 501 - NY, NY 10013
(212) 571-5500 / LAnderson@RSSSLaw.com

U.S. Attorney's Office - NDNY
100 South Clinton St., Ste. 900 - Syracuse, NY 13202
(315) 448-0672 / Rajit.S.Dosanjh@usdoj.gov

**Court-Judge/Agency appealed from:** USDC NDNY Hon. Frederick J. Scullin, Jr.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No   If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Lucas Anderson    Date: 1/18/23    Service by:  ☑ CM/ECF   ☑ Other [Attach proof of service]

Form T-1080 (rev.12-13)

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :    Docket No. 22-1829
              Appellee,              :
                                     :
         -against-                   :    **Motion to be Relieved**
                                     :    **as CJA Counsel**
JOSHUA STANLEY,                      :
                                     :
              Defendant-Appellant.   :
--------------------------------------------------------X
```

Lucas Anderson, an attorney admitted to practice before this Court and the courts of New York State, affirms under penalty of perjury, that:

1. I am Criminal Justice Act counsel for Defendant-Appellant Joshua Stanley. This affirmation is made in support of my motion to be relieved as appellate CJA counsel, pursuant to *Anders v. California*, 386 U.S. 738 (1967).

2. On August 18, 2022, the Hon. Frederick J. Scullin, Jr., of the United States District Court for the Northern District of New York, filed a judgment of conviction and sentence following Stanley's plea of guilty to one count of conspiracy to distribute and possess with the intent to distribute narcotics, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C).

3. Stanley filed a timely notice of appeal, and the undersigned was subsequently appointed as substitute CJA appellate counsel. Dkt. No. 22-1829, ECF Nos. 1, 10.

4. After reviewing the record of this case and researching the relevant legal issues, the undersigned concluded that: (1) there are no viable and unwaived grounds for an appeal of Stanley's conviction or sentence; (2) the appeal waiver contained in Stanley's plea agreement precludes an appeal of his conviction and sentence; and (3) a reversal of Stanley's conviction would give rise to an unacceptable risk of adverse consequences.

5. Through a letter dated December 9, 2022, I informed Stanley that I had not identified any viable arguments that could be raised in connection with the instant appeal. I further advised Stanley that I would be filing an *Anders* brief with this Court, which would likely result in a dismissal of the instant appeal. Finally, I advised Stanley that he had the right to: (1) do nothing; (2) request the appointment of substitute counsel; (3) retain private counsel; (4) submit *pro se* arguments in support of his appeal; or (5) voluntarily withdraw the appeal.

6. On the same date as the filing of this motion, the undersigned will file an *Anders* brief with this Court explaining why there are no viable and unwaived issues for an appeal of Stanley's conviction or sentence.

WHEREFORE, counsel respectfully prays for an Order relieving the undersigned as CJA appellate counsel for Stanley.

Dated:  New York, New York                 Respectfully submitted,
        January 18, 2023

                                           /s/ Lucas Anderson_____
                                           Lucas Anderson
                                           *Of Counsel*
                                           Rothman, Schneider,
                                                Soloway & Stern, LLP
                                           100 Lafayette Street, Suite 501
                                           New York, New York 10013
                                           (212) 571-5500

## CERTIFICATE OF SERVICE

I certify that a copy of this motion to be relieved as CJA counsel has been served by first class mail on appellant Joshua Stanley, BOP Register No. 31417-509, Syracuse Pavilion Residential Reentry Center, 701 Erie Boulevard East, Syracuse, New York 13210.

Dated: New York, New York
January 18, 2023

JASMYN SOSAYAS